JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA-RIVAS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 5:18-cv-02678-DOC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition for Lack of Jurisdiction, IT IS ADJUDGED that the Petition is dismissed as an unauthorized second or successive petition under 28 U.S.C. § 2255.

DATED: April 9, 2019

*[signature]*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE